ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
VATANA LAY, ESQ.
Nevada Bar No. 12993
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
vatana.lay@akerman.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br> vs. <br><br> BACARA RIDGE ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; and ALESSI & KOENIG, LLC, <br><br> Defendants. | Case No.: 2:16 cv 02533-RFB-VCF <br><br> **STIPULATION AND ORDER FOR SECURITY OF COSTS** |

Bank of America, N.A. (**BANA**), SFR Investments Pool 1, LLC (**SFR**), and Bacara Ridge Association (**Bacara**) hereby stipulate and agree as follows:

…

…

…

…

…

…

…

{40168311;1}                                1

1. Pursuant to NRS 18.130(1) and the Bacara's Demand for Security of Costs Pursuant to NRS 18.130(1) filed by Bacara on November 23, 2016 [ECF No. 12], is granted.

2. Pursuant to NRS 18.130(1) and the SFR's Demand for Security of Costs Pursuant to NRS 18.130(1) filed by SFR on November, 2016 [ECF No. 13], is granted.

3. BANA shall post a cost bond in the amount of $500.00 or make a cash deposit of $500.00 as to SFR and Bacara within seven (7) days of the entry of this order.

DATED this 7th day of December, 2016.

| **AKERMAN LLP** | **KIM GILBERT EBRON** |
|---|---|
| */s/ Vatana Lay, Esq.* | */s/ Diana Cline Ebron, Esq.* |
| ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>VATANA LAY, ESQ.<br>Nevada Bar No. 12993<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144<br><br>*Attorneys for Plaintiff Bank of America, N.A.* | DIANA CLINE EBRON, ESQ.<br>Nevada Bar No. 10580<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br><br>*Attorney for Defendant SFR Investments Pool 1, LLC* |

**HALL JAFFE & CLAYTON, LLP**

*/s/ Ashlie L. Surur, Esq.*

ASHLIE L. SURUR, ESQ.
Nevada Bar No. 11290
7425 Peak Drive
Las Vegas, Nevada 89128

*Attorney for Defendant Bacara Ridge Association*

**ORDER**

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

December 7, 2016
DATED**:** _____

**AKERMAN LLP**
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

{40168311;1}

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 2, 2016 pursuant to Fed. R. Civ. P. 5(b), I deposited for mailing in the U.S. Mail a true and correct copy of the foregoing **STIPULATION AND ORDER FOR SECURITY OF COSTS** addressed to:

ASHLIE L. SURUR, ESQ.
HALL JAFFE & CLAYTON, LLP
7425 Peak Drive
Las Vegas, Nevada 89128

*Attorneys for Defendant Bacara Ridge Association*

DIANA CLINE EBRON, ESQ.
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139

*Attorneys for SFR Investments Pool 1, LLC*

Alessi & Koenig, LLC
c/o Robert A. Koenig
9500 West Flamingo Road, Suite 101
Las Vegas, Nevada 89147

/s/Jill Sallade
An Employee of Akerman, LLP

{40168311;1}   3