ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
VATANA LAY, ESQ.
Nevada Bar No. 12993
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
       vatana.lay@akerman.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>    Plaintiff,<br>vs.<br><br>BACARA RIDGE ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; and ALESSI & KOENIG, LLC,<br><br>                                    Defendants. | Case No.: 2:16 cv 02533-RFB-VCF<br><br>**STIPULATION AND ORDER TO EXTEND BANA'S RESPONSE DEADLINE TO SFR INVESTMENTS POOL 1, LLC'S COUNTERCLAIM**<br><br>(FIRST REQUEST) |
| SFR INVESTMENTS POOL 1, LLC,<br><br>    Counter/Cross Claimaint,<br>vs.<br><br>BANK OF AMERICA, N.A.; THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS THE TRUSTEE FOR THE BENEFIT OF THE CERTIFICATE HOLDERS OF THE CWHEQ IN., HOME EQUITY LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-S2; and DEREK L. SMITH, an individual,<br><br>    Counter/ Cross Defendants. | |

Bank of America, N.A. (**BANA**) and SFR Investments Pool 1, LLC (**SFR**) by and through their attorneys' of record, hereby stipulate and agree to the following:

{40375993;1}                                          1

1. On November 1, 2016, ECF No. 1, BANA filed its complaint against Bacara Ridge Association (**HOA**), Alessi & Koenig, LLC (**Alessi**), and SFR.

2. On December 20, 2016, ECF No. 21, SFR filed its answer to the complaint and filed a counterclaim against BANA.

3. Recently, Alessi filed a voluntary petition under Chapter 7 of the U.S. Bankruptcy Code and obtained protection under the automatic stay (United States Bankruptcy Court for the District of Nevada, Case No.16-16593).

4. In light of the impact of the automatic stay, SFR and BANA have stipulated to extend BANA's response deadline, while BANA works with the bankruptcy trustee to determine the impact of Alessi's bankruptcy on this matter.

5. Given the forgoing, the parties agree to extend the deadline for filing BANA's response to SFR's counterclaim in this case for thirty (30) days. <u>The new response deadline is February 10, 2017</u>.

6. This stipulation is submitted based upon good cause, and is not made for the purpose of delay.

7. This request comes before the Court with less than 21 days before the response deadline. This Court also requires a showing of excusable neglect when a stipulation to extend comes before it with less than 21 days before the deadline. LR 26-4. "[T]he determination of whether neglect is excusable is an equitable one that depends on at least four factors: (1) the danger of prejudice to the opposing parties; (2) the length of the delay and its potential impact on the proceedings; (3) the reason for the delay; and (4) whether the movant acted in good faith." *Bateman v. U.S. Postal Service*, 231 F.3d 1220 (9th Cir. 2000).

8. There is no prejudice to any party to extend the deadline as the HOA has not yet responded to BANA's complaint.

9. The length of the delay and its impact on the proceedings is minimal as the HOA has not filed a response to the complaint and the requested extension is merely three weeks.

10. The reason for the delay stems from Alessi's bankruptcy filing and BANA's discussions with the bankruptcy trustee. The matter was further delayed as the bankruptcy and discussions with the trustee were stalled due to the holiday season.

11. The parties have acted in good faith and the purpose of this stipulation is not for delay.

DATED this 6th day of January, 2017.

| **AKERMAN LLP** | **KIM GILBERT EBRON** |
|---|---|
| */s/ Vatana Lay, Esq.* | */s/ Diana Cline Ebron, Esq.* |
| ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>VATANA LAY, ESQ.<br>Nevada Bar No. 12993<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144<br>*Attorneys for Plaintiff Bank of America, N.A.* | DIANA CLINE EBRON, ESQ.<br>Nevada Bar No. 10580<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br>*Attorney for Defendant SFR Investments Pool 1, LLC* |

**ORDER**

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

DATED: January 6, 2017