# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> vs. <br> BACARA RIDGE ASSOCIATION, *et al.*, <br><br> Defendants. | 2:16-cv-02533-RFB-VCF <br> **ORDER** |

Before the Court are the Motion for Service by Publication as to Derek L. Smith (ECF No. 36) and Motion to Enlarge Time to Serve Summons and Cross-Claim (ECF No. 37).

Accordingly,

IT IS HEREBY ORDERED that any opposition to the Motion for Service by Publication as to Derek L. Smith (ECF No. 36) and Motion to Enlarge Time to Serve Summons and Cross-Claim (ECF No. 37) must be filed on or before March 30, 2017.

DATED this 23rd day of March, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE